**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Criminal No. 09-707-01 (SRC) |
| Plaintiff, : | |
| : | **OPINION & ORDER** |
| v. : | |
| : | |
| ROBERT FREDRICK COBBS, : | |
| : | |
| Defendant. : | |
| : | |

**CHESLER**, District Judge

  This matter comes before the Court on the application of Defendant Robert Cobbs ("Defendant") for early termination of supervised release. Mr. Cobbs was sentenced to a term of 180 months in prison, to be followed by five years of supervised release. He has now completed three years of supervised release, and has performed satisfactorily under supervision. As a result, he has been placed into a low intensity supervision category involving minimal reporting to the Probation Department.

  Defendant's application does not suggest that the minimal restraints placed upon him by this supervision impose any hardship or inhibit his ability to work or otherwise function. Given the substantial sentence imposed upon him, and the serious nature of the offense of conviction, this Court is not persuaded that early termination is warranted. The application (Docket Entry No. 3) is therefore denied.

**SO ORDERED.**

    s/ Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge

Dated: October 12, 2011